DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE,**
Appellant,

v.

**LAWRENCE WALTERS,**
Appellee.

No. 4D2025-0997

[March 5, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 062021CA002361AXXXCE.

Melaina D. Haisfield, Charles S. Davant and Aaron M. Dmiszewicki of Davant Law, P.A., Fort Lauderdale, for appellant.

Josef Timlichman of Josef Timlichman Law, PLLC, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***